WENDY J. OLSON, Bar No. 7634
wendy.olson@stoel.com
ANDERS PEDERSEN, Bar No. 11626
anders.pedersen@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THE ASSOCIATED PRESS; THE MCCLATCHY COMPANY, LLC, dba The Idaho Statesman; and EAST-IDAHO-NEWS.COM, LLC, dba East Idaho News,<br><br>Plaintiffs,<br><br>v.<br><br>JOSH TEWALT, in his official capacity as the Director of the Idaho Department of Correction,<br><br>Defendant. | Case No. 1:24-cv-00587-DKG<br><br>**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiffs the Associated Press, the McClatchy Company, LLC, dba The Idaho Statesman, and East-Idaho-News.Com LLC, dba East Idaho News, move the Court for the entry of a preliminary injunction or, in the alternative, a temporary restraining order, against Defendant Josh Tewalt, in his official capacity as the Director for the Idaho Department of Correction.

For the reasons set forth in the accompanying memorandum and Declarations of Rebecca Boone, Chadd Cripe, and Nate Sunderland, Plaintiffs respectfully request that the Court enter a preliminary injunction or temporary restraining order prohibiting the Defendant from restricting

PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - 1

126763592.2 0012094-00006

access to the Medical Team Room leading up to, during, and immediately after any future executions of condemned individuals. Plaintiffs are requesting visual and audio access to the Medical Team Room that is similar to the access already provided to the Execution Preparation Room or the Execution Chamber.

DATED:  December 6, 2024        STOEL RIVES LLP

/s/ Wendy J. Olson
Wendy J. Olson
Anders Pedersen

*Attorneys for Plaintiffs The Associated Press, the Idaho Statesman, and East Idaho News*