WENDY J. OLSON, Bar No. 7634
wendy.olson@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone: 208.389.9000
Facsimile: 208.389.9040

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THE ASSOCIATED PRESS; THE MCCLATCHY COMPANY, LLC, dba The Idaho Statesman; and EAST-IDAHO-NEWS.COM, LLC, dba East Idaho News, | Case No. 1:24-cv-00587-DKG |
| Plaintiffs, | **DECLARATION OF CHADD CRIPE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| JOSH TEWALT, in his official capacity as the Director of the Idaho Department of Correction, | |
| Defendant. | |

I, Chadd Cripe, declare and state as follows:

- I am the editor of the Idaho Statesman. As such I have personal knowledge of

the facts and statements contained in this declaration.

- I have worked for the Idaho Statesman for over 25 years and was named

editor in March 2021. In my role as editor, I oversee the Idaho Statesman newsroom.

- In the past, a journalist from the Idaho Statesman has represented the media

as a witness at executions in Idaho.

- The Idaho Statesman intends to seek permission to have a representative serve as one of the designated media witnesses during any future executions the State of Idaho intends to carry out.

- In the event that the Idaho Statesman is not granted access to have a journalist present as a witness during any future executions in Idaho, the Idaho Statesman intends to report on the event based on eye-witness accounts of other media representatives that will serve as witnesses.

- It is my understanding that under the current Idaho Department of Correction (IDOC) Standard Operating Procedures for Executions (SOP) witnesses to an execution will not be provided audio or video access to the Medical Team Room at any point during an execution.

- Based on IDOC's written policy, I believe that members of the IDOC execution team carry out several tasks inside the Medical Team Room that are integral to the process of executing a condemned person.

- It is my belief that having access to the Medical Team Room is necessary to accurately report on Idaho's execution protocols and capital punishment as a whole. By being able to view the events inside the Medical Team Room, I, or any media representative, would be able to inform the public on several matters that are critical to the execution process, including the speed, manner and care with which the lethal injection chemicals are handled during the execution, tracked and administered.

- Without access to the Medical Team Room, designated media representatives will not be able to fully and accurately inform the public about the functioning of capital

punishment and whether execution by lethal injection comports with the evolving standards of decency which mark the progress of a maturing society.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: December 5, 2024.

CHADD CRIPE