WENDY J. OLSON, Bar No. 7634
wendy.olson@stoel.com
ANDERS PEDERSEN, Bar No. 11626
anders.pedersen@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone: 208.389.9000
Facsimile: 208.389.9040

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THE ASSOCIATED PRESS; THE MCCLATCHY COMPANY, LLC, dba The Idaho Statesman; and EAST-IDAHO-NEWS.COM, LLC, dba East Idaho News,<br><br>Plaintiffs,<br><br>v.<br><br>JOSH TEWALT, in his official capacity as the Director of the Idaho Department of Correction,<br><br>Defendant. | Case No. 1:24-cv-00587-DKG<br><br>**DECLARATION OF NATE SUNDERLAND IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, Nate Sunderland, declare and state as follows:

1. I am the managing editor for East Idaho News. As such I have personal knowledge of the facts and statements contained in this declaration.

2. I have nearly 20 years of journalism industry experience and have been the managing editor of East Idaho News since 2015. In my role as managing editor, I oversee the publication's reporters and content that is included for publication.

3. As legacy media sees a decline in readership and viewership, it's becoming increasingly important that newer, online-focused news agencies share access to newsworthy events of interest to all Idahoans.

4. As Idaho's largest news website, East Idaho News provides local and state news coverage to tens of thousands of Idahoans who do not use legacy media, such as television or newspapers.

5. For this reason, it is critical the East Idaho News covers noteworthy events, such as an execution of a condemned individual by the State of Idaho, including the expected execution of Thomas Creech.

6. East Idaho News has previously covered Idaho's executions and intends to continue to do so for any future execution Idaho seeks to carry out. Specifically, East Idaho News intends to cover any such execution through one of its own reporters serving as a designated witness or, alternatively, through the accounts of other media witnesses.

7. It is my understanding that under the current Idaho Department of Correction (IDOC) Standard Operating Procedures for Executions (SOP) witnesses to an execution will not be provided audio or video access to the Medical Team Room at any point during an execution.

8. Based on IDOC's written policy, I believe that members of the IDOC execution team carry out several tasks inside the Medical Team Room that are integral to the process of executing a condemned person.

9. It is my belief that the ability of media witnesses to view what is happening in the Medical Team Room is imperative to the proper coverage of capital punishment. Execution is one of a state's most serious and controversial duties, and providing its citizens with access to that duty is a solemn and necessary responsibility for the media.

DECLARATION OF NATE SUNDERLAND IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION- 2
127078381.1 0012094-00006

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: December 6, 2024.

/s/ Nate Sunderland
NATE SUNDERLAND

DECLARATION OF NATE SUNDERLAND IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION- 3

127078381.1 0012094-00006