RAÚL LABRADOR
ATTORNEY GENERAL

Karin Magnelli (ISBN 6929)
Lead Deputy Attorney General
Kristina M. Schindele (ISBN 6090)
Deputy Attorney General
Idaho Department of Correction
1299 North Orchard St., Suite 110, Boise, Idaho 83706
Telephone: (208) 658-2094; Facsimile: (208) 327-7485
kmagnell@idoc.idaho.gov; krschind@idoc.idaho.gov

Michael J. Elia (ISBN 5044)
Special Deputy Attorney General
Tanner J. Smith (ISBN 12245)
MOORE ELIA KRAFT & STACEY, LLP
Post Office Box 6756, Boise, Idaho 83707
Telephone: (208) 336-6900; Facsimile: (208) 336-7031
mje@melawfirm.net; tanner@melawfirm.net

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRIC COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THE ASSOCIATED PRESS et al., | Case No. 1:24-cv-00587-DKG |
| Plaintiff, | **MOTION TO DISMISS** |
| vs. | |
| JOSH TEWALT, | |
| Defendants. | |

COME NOW Defendant, by and through undersigned counsel, and pursuant to Federal Rules of Civil Procedure 8 and 12, and Idaho District Local Rule 7.1, hereby move the Court to dismiss Plaintiffs' Complaint for failure to state a claim and lack of justiciability. This Motion is supported by Defendant's Memorandum in Support of Motion to Dismiss.

**MOTION TO DISMISS - 1**

Respectfully submitted this 27th day of December 2024.

MOORE ELIA KRAFT & STACEY, LLP

*/s/ Tanner J. Smith*
Tanner J. Smith
Attorneys for Defendants

OFFICE OF THE ATTORNEY GENERAL

*/s/ Kristina M. Schindele*
Kristina M. Schindele
Deputy Attorney General
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of December 2024, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Wendy Olson
Anders Pedersen
Stoel Rives, LLP
101 S. Capitol Blvd., Ste. 1900
Boise, Idaho 38702

*Attorneys for Plaintiff*

☐ U.S. Mail, postage prepaid
☐ Hand Delivered
☐ Overnight Mail
☐ Facsimile Transmission
☒ E-Mail: wendy.olseon@stoel.com;
anders.pedersen@stoel.com

*/s/ Tanner J. Smith*
Tanner J. Smith

**MOTION TO DISMISS - 2**