RAÚL LABRADOR
ATTORNEY GENERAL

Karin Magnelli (ISBN 6929)
Lead Deputy Attorney General
Kristina M. Schindele (ISBN 6090)
Deputy Attorney General
Idaho Department of Correction
1299 North Orchard St., Suite 110, Boise, Idaho 83706
Telephone: (208) 658-2094; Facsimile: (208) 327-7485
kmagnell@idoc.idaho.gov; krschind@idoc.idaho.gov

Michael J. Elia (ISBN 5044)
Special Deputy Attorney General
Tanner J. Smith (ISBN 12245)
MOORE ELIA KRAFT & STACEY, LLP
Post Office Box 6756, Boise, Idaho 83707
Telephone: (208) 336-6900; Facsimile: (208) 336-7031
mje@melawfirm.net; tanner@melawfirm.net

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRIC COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THE ASSOCIATED PRESS et al., <br><br> Plaintiff, <br><br> vs. <br><br> JOSH TEWALT, <br><br> Defendants. | Case No. 1:24-cv-00587-DKG <br><br> **DECLARATION OF JOSH TEWALT** |

I, Josh Tewalt, hereby declare under penalty of perjury of the law of the United States of America that the foregoing is true and correct:

1. I reside in Ada County, Idaho. I am over the age of eighteen years and am competent to testify as to the matters set forth herein. I make this Declaration based on my own personal knowledge of the facts set forth herein.

**DECLARATION OF JOSH TEWALT - 1**

2. I am the Director of the Idaho Department of Correction ("IDOC").

3. Executions take place at the Idaho State Maximum Security Institution's ("IMSI") F Block.

4. During an execution, the condemned inmate is inserted with IVs in the Preparation Room and then wheeled on a gurney to the Execution Chamber where he is injected with lethal chemical.

5. When the condemned inmate is brought into the Execution Chamber, the Medical Team goes to the Chemical Room where they can monitor the inmate and administer chemical. This two-room Execution Chamber/Chemical Room setup was in place and used in the 2011 execution of Paul Rhoades and the 2012 execution of Richard Leavitt.

6. The Execution Chamber has a light system that Medical Team members will use to alert the IMSI Warden when chemical is administered to the condemned inmate. The light system is present on the IMSI Warden's podium in the Execution Chamber. The IMSI Warden will in turn verbally alert witnesses when chemical is administered to the condemned inmate.

December 27, 2024
Date

*/s/ Josh Tewalt*
Josh Tewalt
Director of Idaho Department of Correction

**DECLARATION OF JOSH TEWALT - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of December 2024, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Wendy Olson
Anders Pedersen
Stoel Rives, LLP
101 S. Capitol Blvd., Ste. 1900
Boise, Idaho 38702

*Attorneys for Plaintiff*

☐ U.S. Mail, postage prepaid
☐ Hand Delivered
☐ Overnight Mail
☐ Facsimile Transmission
☒ E-Mail: wendy.olseon@stoel.com; anders.pedersen@stoel.com

*/s/ Tanner J. Smith*
Tanner J. Smith