WENDY J. OLSON, Bar No. 7634
wendy.olson@stoel.com
ANDERS PEDERSEN, Bar No. 11626
anders.pedersen@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THE ASSOCIATED PRESS; THE MCCLATCHY COMPANY, LLC, dba The Idaho Statesman; and EAST-IDAHO-NEWS.COM, LLC, dba East Idaho News,<br><br>Plaintiffs,<br><br>v.<br><br>JOSH TEWALT, in his official capacity as the Director of the Idaho Department of Correction,<br><br>Defendant. | Case No. 1:24-cv-00587-DKG<br><br>**SECOND DECLARATION OF REBECCA BOONE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND RESPONSE TO DEFENDANT'S MOTION TO DISMISS** |

I, Rebecca Boone, declare and state as follows:

1. I am the supervisory correspondent for Idaho for The Associated Press ("AP"), one of the Plaintiffs in this case. I have personal knowledge of the facts and statements contained in this declaration.

2. I have 26 years of journalism industry experience, much of that time spent covering the judicial branch, the U.S. prison system, the Idaho Department of Correction ("IDOC"), and criminal justice issues, including the death penalty.

SECOND DECLARATION OF REBECCA BOONE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND RESPONSE TO DEFENDANT'S MOTION TO DISMISS - 1
127488705.1 0012094-00006

3. I joined the AP in 2002 as a reporter in the Boise bureau, and in 2013 I was promoted to my current position of supervisory correspondent, tasked with leading AP's news coverage in Idaho. I have extensive experience covering the death penalty and issues surrounding the use of the death penalty in the United States.

4. I have read Defendant's motion to dismiss and opposition to motion for a preliminary injunction and am aware that Defendant argues that the tradition and history of executions do not support Plaintiffs' right of access to the Medical Team Room.

5. On Saturday, January 4, 2025, I visited the Old Idaho Penitentiary located in Boise, Idaho. The Old Idaho Penitentiary remains open to the public and is preserved by the Idaho State Historical Society.

6. While at the Old Idaho Penitentiary, I visited the Gallows Room in Bunk House No. 5, where Idaho executed Raymond Snowden on October 18, 1957. *See* [Old Idaho Penitentiary FAQ | Idaho State Historical Society](#). Attached as **Exhibit A** is a photograph that I took of the Gallows Room standing outside of the execution witness window.

7. As one can see, the lever the executioner would pull to effectuate a condemned individual's hanging is clearly visible from the execution witness window. Additionally, the mechanism used to attach the noose to the ceiling was also visible to execution witnesses.

8. Prior to constructing the Gallows Room, Idaho executed six condemned individuals by hanging in the northeast corner of the prison, also called the "Rose Garden." *See* [Old Idaho Penitentiary FAQ | Idaho State Historical Society](#). The Idaho State Historical Society displays historical photographs of the Old Idaho Penitentiary. One of the photos is of the gallows constructed in the Rose Garden. **Attached as Exhibit B** is a photograph I took of the historical photograph displayed at the Old Idaho Penitentiary.

9.  As one can see, the integrally intertwined aspects of the execution were not hidden behind closed doors. Rather, the means and method of execution was open and visible.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: January 10, 2025

/s/ Rebecca Boone
REBECCA BOONE

SECOND DECLARATION OF REBECCA BOONE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND RESPONSE TO DEFENDANT'S MOTION TO DISMISS - 3
127488705.1 0012094-00006