UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THE ASSOCIATED PRESS et al.,<br><br>     Plaintiffs,<br>v.<br><br>BREE DERRICK,<br><br>     Defendant. | Case No. 1:24-cv-00587-DKG<br><br>**ORDER RE: STIPULATED MOTION TO STAY** |

Before the Court is the Parties' Stipulation to Stay Proceedings until the mandate issues in *Associated Press et al. v. Derrick*, Ninth Circuit Docket No. 25-3312. (Dkt. 34). For the reasons stated in the Motion, the Court finds good cause has been shown to grant the motion to stay.

NOW, THEREFORE, IT IS HEREBY ORDERED that this matter is **STAYED** until the appeal in *Associated Press et al. v. Derrick*, Ninth Circuit Docket No. 25-3312 is resolved and the mandate issues. Further, the telephonic scheduling conference currently set for June 17, 2025, is hereby **VACATED**, to be reset as needed, when the stay is lifted.

DATED: June 10, 2025

_____
Honorable Debora K. Grasham
United States Magistrate Judge

**ORDER– 1**